No. D–1024.   IN RE DISBARMENT OF MOORCONES.   It is ordered that John Joseph Moorcones, of Sterling, Va., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.